1  Richard G. Grotch, Esq. – SBN 127713
   Gina J. Beltramo, Esq. – SBN 203809
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, CA  94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5
   **ATTORNEYS FOR** Defendant
6  US AIRWAYS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | MARIA ALEXANDRA NAVARRO, | Case No.  C 14-4943 NC (MED)

12 |            Plaintiff,, | STIPULATION FOR ORDER OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL [FRCP 41(a)(1)]

13 | vs.

14 | US AIRWAYS, INC.
   |            Defendant.

15

16

17       IT IS HEREBY STIPULATED by and between plaintiffs MARIA ALEXANDRA

18 NAVARRO and defendant US AIRWAYS, INC., by their respective counsel of record, that all

19 the claims of plaintiff MARIA ALEXANDRA NAVARRO, be dismissed with prejudice

20 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or

21 its own attorneys' fees and costs of suit.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

Stipulation and [Proposed] Order of Dismissal with Prejudice
Case No: C 14-4943 NC (MED)

SO STIPULATED.

Dated: August 14, 2015                          RICHARD E. DAMON, P.C.

                                                /s/ *Richard E. Damon*

                                                By:_____
                                                Richard E. Damon
                                                Attorneys for Plaintiff
                                                Maria Alexandra Navarro

Dated: August 14, 2015                          CODDINGTON, HICKS & DANFORTH

                                                /s/ *Richard G. Grotch*

                                                By:_____
                                                Richard G. Grotch (*)
                                                Attorneys for Defendant
                                                US Airways, Inc.

(*)   I hereby attest that I have been authorized
      to affix any signatures indicated by a
      "conformed" signature (/s/) within
      this e-filed document.

## [~~PROPOSED~~] ORDER

Upon the parties' stipulation,

IT IS HEREBY ORDERED that the claims of plaintiff MARIA ALEXANDRA NAVARRO be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

Dated: August 14, 2015

                                                _____
                                                Honorable Nathanael␣␣␣␣␣␣␣
                                                United States␣␣␣␣␣␣␣␣␣␣␣␣

**[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]**

2